AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Van Tatenhove, Gregory F. | District Court -ED-KY | 06/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

330 West Broadway
354 Federal Building
Frankfort, Kentucky 40601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of Kentucky College of Law Visiting Committee |
| 2. | Member | Henry Clay Memorial Foundation Board |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. May 2018 | University of Kentucky College of Law -- Teaching | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Commonwealth of Kentucky, Public Protection Cabinet (Department of Alchoholic Beverage Control) |
| 2. 2018 | Trout Law Office, PLLC |
| 3. 2018 | Rental Property Number One (Lexington, Kentucky) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mr. Joseph Craft (Permanent Recusal List) | January 2018 | Montreal, Canada | Personal Travel | Transportation |
| 2. | National Conference of State Liquor Administrators | March 2018 | Washington, D.C. | Spouse Business Travel | Transportation, Lodging and Food |
| 3. | Ms. Kiki Courtelis (Permanent Recusal List) | April 2018 | Nashville, Tennessee | Personal Travel | Transportation and Lodging |
| 4. | Ms. Kiki Courtelis (Permanent Recusal List) | May 2018 | Jackson, Wyoming | Personal Travel | Transportation and Lodging |
| 5. | National Conference of State Liquor Administrators | June 2018 | Kailua-Kona, Hawaii | Spouse Business Travel | Transportation, Lodging and Food |

# FINANCIAL DISCLOSURE REPORT

## Page 3 of 20

**Name of Person Reporting**

**Van Tatenhove, Gregory F.**

**Date of Report**

06/26/2019

| 6. | Ms. Kiki Courtelis (Permanent Recusal List) | July 2018 | Botswana and Zambia Africa | Personal Travel | Transportation, Lodging and Food (Partial) |
| --- | --- | --- | --- | --- | --- |
| 7. | United Nations Office of Drugs and Crime | August 2018 | Pretoria, South Africa | Teaching | Transportation, Lodging and Food |
| 8. | National Conference of State Liquor Administrators | October 2018 | Nashville, Tennessee | Spouse Business Travel | Trasnportation, Lodging and Food |
| 9. | National Conference of State Liquor Administrators | October 2018 | Pasadena, California | Spouse Business Travel | Transportation, Lodging and Food |
| 10. | Lawyers Without Borders | October 2018 | Kingston, Jamaica | Teaching | Transportation, Lodging and Food |
| 11. | Ms. Kiki Courtelis (Permanent Recusal List) | November 2018 | Foxborough, Massachusetts | Personal Travel | Transportation |
| 12. | National Conference of State Liquor Administrators | December 2018 | Nashville, Tennessee | Spouse Business Travel | Transportation, Lodging and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mr. Joseph Craft (Permanent Recusal List) | Sporting Event Tickets | $3,100.00 |
| 2. | Ms. Kiki Courtelis (Permanent Recusal List) | Sporting Event Tickets | $2,920.00 |
| 3. | Ms. Kelly and Joseph Craft (Permanent Recusal List) | Spouse Birthday Gift | $800.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Blackrock Health Sciences Fund | B | Dividend | J | T | Buy | 04/20/18 | J | | |
| 2. BP Capital Markets PLC 2.241% | A | Interest | | | Buy | 07/17/18 | K | | |
| 3. | | | | | Redeemed | 09/26/18 | K | | |
| 4. Deutsche Bank AG London 2.5% | A | Interest | J | T | Buy | 04/26/18 | J | | |
| 5. Double Line Total Return Fund Instl | A | Dividend | K | T | Buy | 04/20/18 | K | | |
| 6. Financial Select Sector SPDR Fund ETF | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 7. IShares Core S&P Small-Cap ETF | A | Dividend | | | Buy | 01/23/18 | K | | |
| 8. | | | | | Sold | 06/18/18 | K | | |
| 9. IShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 01/23/18 | K | B | |
| 10. MFS International Diversification Fund | B | Dividend | L | T | Buy | 01/23/18 | L | | |
| 11. Oppenheimer Developing Markets Class Y | A | Dividend | K | T | Buy | 01/23/18 | K | | |
| 12. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 13. Pimco Income Fund Class P | B | Dividend | K | T | Buy | 01/23/18 | K | | |
| 14. Putnam Short Duration Income Fund Y | A | Dividend | K | T | Buy | 07/23/18 | K | | |
| 15. Technology Select Sector SPDR ETF | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 16. Thornburg Income Builder | B | Dividend | K | T | Buy | 01/23/18 | K | | |
| 17. Vanguard Mid-Cap ETF | A | Dividend | K | T | Buy | 01/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Virtus Newfleet Multi-Sector Short-Term | A | Dividend | K | T | Buy | 04/20/18 | K | | |
| 19. Alliance Resources Partners LP Unit | A | Dividend | J | T | | | | | |
| 20. Double Line Total Return Fund Instl | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 21. Intel Corp | A | Dividend | J | T | | | | | |
| 22. Invesco QQQ Trust ETF | A | Dividend | J | T | | | | | |
| 23. IShares Core S&P Small-Cap ETF | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 24. IShares Core S&P 500 | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 25. MFS International Diversification Fund | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 26. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 27. Pimco Income Fund Class P | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 28. Powershares QQQ Trust ETF | A | Dividend | | | Buy | 01/22/18 | J | | |
| 29. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 30. | | | | | Merged (with line 4) | 06/01/18 | | | |
| 31. Thornburg Income Builder | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 32. Vanguard Mid-Cap ETF | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 33. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 34. Virtus Newfleet Multi-Sector Short Term | A | Dividend | J | T | Buy | 04/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Energy Select Sector Fund | | None | L | T | Buy | 01/05/18 | K | | |
| 36. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 37. MFS International Diversification Fund | C | Dividend | M | T | Buy | 01/05/18 | L | B | |
| 38. | | | | | Buy (add'l) | 01/23/18 | M | | |
| 39. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 40. | | | | | Sold (part) | 07/12/18 | L | | |
| 41. Oppenheimer Developing Markets Class Y | A | Distribution | L | T | Buy | 01/05/18 | K | | |
| 42. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 43. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 44. | | | | | Sold (part) | 07/12/18 | L | | |
| 45. Alerian MLP ETF | D | Dividend | | | Buy | 01/05/18 | K | | |
| 46. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 47. | | | | | Sold (part) | 07/12/18 | K | | |
| 48. | | | | | Sold | 12/14/18 | L | | |
| 49. Vanguard Value ETF | C | Dividend | M | T | Buy | 01/05/18 | K | | |
| 50. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 51. | | | | | Buy (add'l) | 03/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 53. Vanguard Mid-Cap Value ETF | A | Dividend | | | Buy | 01/05/18 | K | | |
| 54. | | | | | Sold (part) | 06/25/18 | L | | |
| 55. | | | | | Sold | 07/12/18 | J | | |
| 56. UBS Select Prime Instituational Fund | D | Dividend | | | Sold (part) | 01/05/18 | L | | |
| 57. | | | | | Sold (part) | 01/08/18 | N | | |
| 58. | | | | | Sold (part) | 01/10/18 | L | | |
| 59. | | | | | Sold (part) | 01/23/18 | O | | |
| 60. | | | | | Sold (part) | 02/05/18 | K | | |
| 61. | | | | | Sold (part) | 03/20/18 | L | | |
| 62. | | | | | Sold (part) | 04/20/18 | N | | |
| 63. | | | | | Sold (part) | 06/07/18 | M | | |
| 64. | | | | | Sold | 07/12/18 | M | | |
| 65. IShares Core S&P Small-Cap ETF | B | Dividend | M | T | Buy | 01/08/18 | K | | |
| 66. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 67. | | | | | Buy (add'l) | 12/14/18 | K | | |
| 68. Invesco High Yield Municipal Fund Class Y | D | Dividend | | | Buy | 01/08/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 70. | | | | | Sold | 10/04/18 | M | | |
| 71. Nuveen Short Duration High Yield Muni Bond | D | Dividend | M | T | Buy | 01/08/18 | M | | |
| 72. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 73. | | | | | Buy (add'l) | 07/12/18 | L | | |
| 74. | | | | | Sold (part) | 12/14/18 | K | | |
| 75. Vanguard Growth ETF | B | Dividend | M | T | Buy | 01/08/18 | L | | |
| 76. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 77. Thornburg Income Builder CL I | C | Dividend | | | Buy | 01/23/18 | M | | |
| 78. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 79. | | | | | Sold | 07/26/18 | M | | |
| 80. Powershares QQQ Trust ETF | A | Dividend | | | Buy | 01/23/18 | L | | |
| 81. | | | | | Buy (add'l) | 03/20/18 | K | | |
| 82. | | | | | Merged (with line 49) | 06/01/18 | | | |
| 83. Invesco QQQ Trust (formerly Powershares QQQ Trust) | A | Dividend | M | T | Redeemed | 06/01/18 | J | | |
| 84. | | | | | Buy | 06/25/18 | K | | |
| 85. | | | | | Buy (add'l) | 07/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 87. Technology Select Sector SPDR ETF | B | Dividend | L | T | Buy | 01/23/18 | L | | |
| 88. | | | | | Buy (add'l) | 03/20/18 | K | | |
| 89. | | | | | Sold (part) | 09/11/18 | K | | |
| 90. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 91. Financial Select Sector SPDR Fund | B | Dividend | L | T | Buy | 01/23/18 | L | | |
| 92. | | | | | Buy (add'l) | 03/20/18 | K | | |
| 93. | | | | | Sold (part) | 12/14/18 | J | | |
| 94. Energy Select Sector Fund | B | Dividend | | | Buy | 01/23/18 | K | | |
| 95. | | | | | Sold (part) | 06/15/18 | L | | |
| 96. | | | | | Sold | 06/25/18 | J | | |
| 97. HCP INC B/E 3.75 | A | Interest | | | Buy | 02/01/18 | K | | |
| 98. | | | | | Redeemed | 11/08/18 | K | | |
| 99. UBS RMA Governtment Money Market Fund | A | Dividend | | | | | | | |
| 100. Credit Suisse AG TA-CYN SPX- 156CYA | B | Dividend | | | Buy | 04/13/18 | K | | |
| 101. | | | | | Redeemed | 10/17/18 | K | | |
| 102. Credit Suisse L/O SDT-AN SPT - 161TE7 | | None | L | T | Buy | 07/13/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Credit Suisse L/O SDT-AN SPT - 168QE8 | | None | K | T | Buy | 07/13/18 | L | | |
| 104. JP Morgan Chase Financial L/O TA-CYN - 156W21 | B | Dividend | K | T | Buy | 04/25/18 | K | | |
| 105. JP Morgan Chase Financial L/O TA-CYN - 158H87 | B | Dividend | K | T | Buy | 05/29/18 | K | | |
| 106. Deutsche Bank AG London 2.5% | A | Interest | K | T | Buy | 04/26/18 | K | | |
| 107. Xerox Corp NTS B/E 4.07% | A | Interest | J | T | Buy | 04/26/18 | J | | |
| 108. Barclays Bank PLC L/O TA-CYN - 157D57 | B | Dividend | K | T | Buy | 05/11/18 | K | | |
| 109. Barclays Bank PLC L/O TA-CYN - 166SL5 | | None | K | T | Buy | 10/29/18 | K | | |
| 110. Fidelity Advisor Biotechnology Fund | | None | | | Buy | 06/07/18 | L | B | |
| 111. | | | | | Sold | 12/14/18 | L | | |
| 112. Invesco Short Duration High Yield Muni Bond | C | Dividend | N | T | Buy | 06/07/18 | M | | |
| 113. | | | | | Buy (add'l) | 10/04/18 | M | | |
| 114. Vanguard Mid-Cap ETF | B | Dividend | M | T | Buy | 06/25/18 | M | | |
| 115. | | | | | Buy (add'l) | 07/12/18 | K | | |
| 116. | | | | | Buy (add'l) | 12/14/18 | L | | |
| 117. IShares Core S&P 500 ETF | B | Dividend | M | T | Buy | 07/12/18 | M | | |
| 118. BK of Amer Corp NTS B/E 2.6% | | None | J | T | Buy | 07/17/18 | K | | |
| 119. UBS Select Prime Investor Fund | A | Dividend | | | Buy | 07/17/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 08/09/18 | L | | |
| 121. Davis Global Fund Class Y | A | Dividend | M | T | Buy | 07/26/18 | M | D | |
| 122. Blackrock Health Sciences Fund | A | Dividend | L | T | Buy | 08/10/18 | L | C | |
| 123. | | | | | Buy (add'l) | 12/14/18 | K | | |
| 124. Comm Services Select Sector SPDR ETF | A | Dividend | K | T | Buy | 09/11/18 | K | | |
| 125. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 126. Alerian MLP ETF | D | Dividend | | | Buy | 01/08/18 | J | | |
| 127. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 128. | | | | | Sold | 12/14/18 | L | | |
| 129. Barclays Bank PLC L/O TA-CYN - 157D57 | B | Dividend | K | T | Buy | 05/11/18 | K | | |
| 130. Barclays Bank PLC L/O TA-CYN - 163RQ8 | A | Dividend | K | T | Buy | 08/29/18 | K | | |
| 131. Barclays Bank PLC L/O TA-CYN - 156NW6 | B | Dividend | K | T | Buy | 04/26/18 | K | | |
| 132. Blackrock Health Sciences Fund | D | Dividend | L | T | Buy | 08/13/18 | L | | |
| 133. | | | | | Buy (add'l) | 09/11/18 | K | | |
| 134. Block Financial B/E 5.5% | B | Interest | K | T | Buy | 04/18/18 | K | | |
| 135. Citigroup Glbal MArkets L/O TA-CYN SPX | B | Dividend | K | T | Buy | 08/10/18 | K | | |
| 136. Comm Services Select Sector | A | Dividend | K | T | Buy | 09/11/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Credit Suisse AG/LO SDT-AN SPX - 161TE7 | | None | L | T | Buy | 07/13/18 | L | | |
| 138. Credit Suisse AG/LO TA-CYN - 168QE8 | | None | L | T | Buy | 12/14/18 | L | | |
| 139. Credit Suisse AG TA-CYN SPX | B | Dividend | | | Buy | 04/13/18 | K | | |
| 140. | | | | | Redeemed | 10/17/18 | K | | |
| 141. Deutsche BK AG 3.125% - 663QV9 | A | Interest | K | T | Buy | 04/18/18 | K | | |
| 142. Deutsche BK AG London 2.95% - 667DG0 | A | Interest | K | T | Buy | 02/26/18 | K | | |
| 143. Energy Select Sector SPDR Fund ETF | B | Dividend | | | Buy | 01/08/18 | J | | |
| 144. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 145. | | | | | Sold | 06/25/18 | L | | |
| 146. Financial Select Sector SPDR Fund ETF | A | Dividend | K | T | Buy | 07/17/18 | K | | |
| 147. GENL Motors FINL CO Inc. 2.35% - 703SG3 | A | Interest | K | T | Buy | 02/26/18 | K | | |
| 148. GENL Motors FINL CO Inc. 3.50% - 702307 | | None | K | T | Buy | 12/14/18 | K | | |
| 149. Invesco High Yield Municipal Fund Class Y | D | Dividend | | | Buy | 01/08/18 | M | | |
| 150. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 151. | | | | | Buy (add'l) | 04/18/18 | L | | |
| 152. | | | | | Sold | 10/02/18 | M | | |
| 153. IShares Core S&P Small-Cap ETF | B | Dividend | M | T | Buy | 01/08/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 155. IShares Core S&P 500 ETF | A | Dividend | L | T | Buy | 07/12/18 | L | | |
| 156. IShares U.S. Technology ETF | A | Dividend | | | Buy | 03/01/18 | K | | |
| 157. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 158. | | | | | Sold | 12/14/18 | K | | |
| 159. JP Morgan Chase Financial L/O TA-CYN - 156W21 | B | Dividend | K | T | Buy | 04/25/18 | K | | |
| 160. JP Morgan Chase Financial L/O TA-CYN - 158YN2 | B | Dividend | K | T | Buy | 06/15/18 | K | | |
| 161. Kinder Morgan Energy 2.65% | A | Interest | K | T | Buy | 02/15/18 | K | | |
| 162. MFS International Diversification Fund | C | Dividend | M | T | Buy | 01/08/18 | K | | |
| 163. | | | | | Buy (add'l) | 01/23/18 | M | | |
| 164. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 165. | | | | | Sold (part) | 08/13/18 | L | | |
| 166. | | | | | Sold (part) | 09/11/18 | K | | |
| 167. Morgan Stanely 2.20% | A | Interest | | | Buy | 02/15/18 | K | | |
| 168. | | | | | Redeemed | 12/07/18 | K | | |
| 169. Nomura HLDGS Inc. 2.75% | A | Interest | K | T | Buy | 04/18/18 | K | | |
| 170. Nuveen Short Duration High Yield Muni Bond | D | Dividend | M | T | Buy | 01/08/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Tatenhove, Gregory F. | 06/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 01/13/18 | L | | |
| 172. | | | | | Buy (add'l) | 04/13/18 | L | | |
| 173. Oppenheimer Developing Markets Class Y | A | Dividend | L | T | Buy | 01/08/18 | K | | |
| 174. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 175. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 176. | | | | | Sold (part) | 07/12/18 | K | | |
| 177. | | | | | Sold (part) | 08/13/18 | J | | |
| 178. | | | | | Sold (part) | 09/11/18 | J | | |
| 179. Technology Select Sector SPDR ETF | A | Dividend | K | T | Buy | 03/01/18 | K | A | |
| 180. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 181. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 182. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 183. Thronburg Income Builder | C | Dividend | L | T | Buy | 01/23/18 | M | | |
| 184. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 185. | | | | | Sold (part) | 08/13/18 | K | | |
| 186. | | | | | Sold (part) | 09/11/18 | K | | |
| 187. UBS FDIC Insured Deposit Program | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. UBS RMA Government Money Market Fund | A | Dividend | | | | | | | |
| 189. UBS Select Prime Institutional Fund | D | Dividend | | | Sold (part) | 01/08/18 | N | | |
| 190. | | | | | Sold (part) | 01/23/18 | O | | |
| 191. | | | | | Sold (part) | 02/15/18 | L | | |
| 192. | | | | | Sold (part) | 03/07/18 | L | | |
| 193. | | | | | Sold (part) | 04/13/18 | M | | |
| 194. | | | | | Sold (part) | 04/13/18 | M | | |
| 195. | | | | | Sold (part) | 06/01/18 | J | | |
| 196. | | | | | Sold (part) | 06/07/18 | L | | |
| 197. | | | | | Sold (part) | 07/16/18 | K | | |
| 198. | | | | | Sold (part) | 07/17/18 | L | | |
| 199. | | | | | Sold (part) | 08/13/18 | K | | |
| 200. | | | | | Sold | 09/11/18 | K | | |
| 201. Vanguard Growth ETF | B | Dividend | M | T | Buy | 01/08/18 | L | A | |
| 202. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 203. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 204. | | | | | Buy (add'l) | 06/25/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 20

Name of Person Reporting

Van Tatenhove, Gregory F.

Date of Report

06/26/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Vanguard Mid-Cap ETF | B | Dividend | M | T | Buy | 01/08/18 | J | | |
| 206. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 207. | | | | | Buy (add'l) | 07/12/18 | M | | |
| 208. | | | | | Sold (part) | 07/12/18 | M | | |
| 209. | | | | | Buy (add'l) | 12/14/18 | L | | |
| 210. Vanguard Value ETF | C | Dividend | M | T | Buy | 01/08/18 | J | | |
| 211. | | | | | Buy (add'l) | 01/23/18 | L | | |
| 212. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 213. | | | | | Buy (add'l) | 06/25/18 | K | | |
| 214. Xerox Corp 2.75% - 693CJ6 | A | Interest | J | T | Buy | 04/18/18 | J | | |
| 215. Xerox Corp NTS B/E 4.070% - 693EJ1 | A | Interest | J | T | Buy | 04/18/18 | J | | |
| 216. UBS Bank USA Deposit Account (X) | A | Interest | J | T | | | | | |
| 217. UBS Select Prime Institutional Fund | E | Dividend | N | T | Buy | 04/20/18 | O | | |
| 218. | | | | | Sold (part) | 01/02/18 | N | | |
| 219. | | | | | Sold (part) | 01/08/18 | K | | |
| 220. | | | | | Sold (part) | 02/08/18 | J | | |
| 221. | | | | | Sold (part) | 02/13/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 03/20/18 | K | | |
| 223. | | | | | Sold (part) | 03/20/18 | N | | |
| 224. | | | | | Sold (part) | 04/16/18 | P1 | | |
| 225. | | | | | Sold (part) | 04/30/18 | L | | |
| 226. | | | | | Sold (part) | 06/05/18 | K | | |
| 227. | | | | | Sold (part) | 08/20/18 | K | | |
| 228. | | | | | Sold (part) | 09/06/18 | K | | |
| 229. | | | | | Sold (part) | 09/14/18 | J | | |
| 230. | | | | | Sold (part) | 09/28/18 | K | | |
| 231. | | | | | Sold (part) | 10/15/18 | L | | |
| 232. | | | | | Sold (part) | 10/16/18 | L | | |
| 233. | | | | | Sold (part) | 12/21/18 | L | | |
| 234. Pro Foal Partners, LLC | | None | K | U | Open | 12/12/18 | K | | |
| 235. Wright Patman Congressional Federal Credit Union | A | | J | T | | | | | |
| 236. Central Bank and Trust Co. (x) | A | | J | T | | | | | |
| 237. Chase Bank | A | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory F. Van Tatenhove**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544